IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| RENO MUHAMMAD, ADC #95059 | | PLAINTIFF |
| V. | Case No. 2:12-cv-176 KGB/JTR | |
| TOMMINE G. LOVIN, Jail Administrator, Monroe County Detention Center, et al. | | DEFENDANTS |

## ORDER

On August 27, 2012, Plaintiff Reno Muhammad filed a *pro se* § 1983 complaint and an application to proceed *in forma pauperis*. On September 5, 2012, Mr. Muhammad moved to dismiss voluntarily his complaint. The Court finds good cause for granting that request. Fed. R. Civ. P. 41(a)(1).

Accordingly, Mr. Muhammad's Motion to Dismiss (Dkt. No. 3) is granted, the complaint (Dkt. No. 2) is dismissed without prejudice, and the Application to Proceed *In Forma Pauperis* (Dkt. No. 1) is denied as moot. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 8th day of September, 2012.

_____
Kristine G. Baker
United States District Judge