IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RENO MUHAMMAD,
ADC #95059                                                                                          PLAINTIFF

V.                               Case No. 2:12-cv-176 KGB/JTR

TOMMINE G. LOVIN,
Jail Administrator,
Monroe County Detention Center, et al.                                                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is voluntarily dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 8th day of September, 2012.

Kristine G. Baker
United States District Judge